UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE E. JONES, CDCR #BU-7712,<br><br>                                    Plaintiff,<br><br>vs.<br><br>R.J. DONOVAN CORRECTIONAL FACILITY PROGRAM OFFICE, et al.,<br><br>                                    Defendants. | Case No.: 24-cv-01129-AJB-LR<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

On June 21, 2024, Plaintiff Wayne E. Jones ("Plaintiff"), a state prisoner proceeding *pro se* filed a civil rights Complaint pursuant to 42 U.S.C. § 1983. (Doc. No. 1.) On July 12, 2024, the Court dismissed the civil action *sua sponte* without prejudice based on Plaintiff's failure to pay the civil filing fee or to submit a motion to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. §§ 1914(a) and 1915(a). (Doc. No. 10.) Plaintiff was granted forty-five days leave from the date of the Order to pay the civil filing fee or complete and file an IFP motion, and specifically instructed that if he failed to do either within the time provided the civil action would be dismissed without prejudice. (*Id*. at 2–3.) To date, Plaintiff has not filed a motion to proceed IFP or paid the civil filing fee.

1 | Accordingly, the Court **DISMISSES** this action without prejudice for failure to
2 | satisfy 28 U.S.C. § 1914(a)'s fee requirements. The Clerk of Court is **DIRECTED** to enter
3 | final judgment accordingly.
4 |     **IT IS SO ORDERED.**
5 | Dated: January 21, 2025

Hon. Anthony J. Battaglia
United States District Judge